IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH STAFFORD, an individual,

        Plaintiff,

  v.

UNITED TREASURES, INC., a Washington corporation,

        Defendant.

CIV NO. S-04-47 GEB PAN

ORDER

       The Final Pretrial Order filed June 21, 2005 ("FPO"), obligated the parties to address "any evidentiary dispute capable of being resolved in limine" by a procedure prescribed in Section III of the FPO. (FPO at 3-4.) Since the parties failed to follow the prescribed procedures, the disputed motions in limine are denied.[1]

       IT IS SO ORDERED.

Dated: June 30, 2005

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge

---

[1] The parties erroneously assumed they had authority to notice the motion for hearing on July 12, 2005. The ruling herein vacates that notice.