1  ROBERT P. ANDRIS (SBN 130290)
   ELISE R. VASQUEZ (SBN 201190)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701

5  Attorneys for Defendant
   UNITED TREASURES, INC.
6
   STEPHEN L. DAVIS (SBN 149817)
7  DAVIS & LEONARD LLP
   8880 Cal Center Drive, Suite 180
8  Sacramento, CA 95826
   Telephone:   (916) 362-9000
9  Facsimile:   (916) 362-9066

10 Attorneys for Plaintiff/Counter-Defendant
   KEITH STAFFORD

11

                       FILED
                       JUL 0 1 2005
                       CLERK, U.S. DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
                       BY_____

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15 | KEITH STAFFORD, an individual,        | CASE NO. CIV. S-04-0047 GEB PAN

16 |         Plaintiff,                    | STIPULATION AND [PROPOSED]
                                           | ORDER TO CONTINUE TRIAL DATE
17 | v.

18 | UNITED TREASURES, INC., a
   | Washington corporation,
19
   |         Defendant.
20 |_____

21 | AND RELATED ACTION.

22

23     The parties to the above-captioned matter, by and through their attorneys of record, hereby

24 submit the following stipulated request for continuance of the trial date from July 12 to

25 August 30, 2005.

26     The trial of this case was set to begin on July 19, 2005. On June 20, 2005, the parties

27 attended the final pretrial conference and were informed that the court was unavailable during the

28 week of July 19. Accordingly, the court inquired of counsel as to whether the trial could be

RC1/376493.1/ERV                         - 1 -              STIPULATION TO CONTINUE TRIAL DATE
                                                                       CIV. S-04-0047 GEB PAN

1  moved to either July 12 or August 23, 2005. Counsel informed the court that they were available
2  during both weeks. As such, the court rescheduled the trial from July 19 to July 12.
3          Counsel for defendant immediately left a message for his client, the President of United
4  Treasures, Christine Zhong. On July 21, 2005, defense counsel was informed that Ms. Zhong and
5  another United Treasures employee, National Sales Manager, Todd Brusnighan, were committed
6  to attend a week-long trade show in Atlanta, Georgia on July 4, 2005.
7          Both Ms. Zhong and Mr. Brusnighan are critically needed at the trial of this matter.
8  Ms. Zhong is the sole owner of United Treasures and will, therefore, be at counsel's table during
9  the entire trial. Both Ms. Zhong and Mr. Brousingham are key percipient witnesses to the events
10  that serve as the basis for this lawsuit and, as such, are listed on both plaintiff's and defendant's
11  witness lists.
12          If the trial goes forward on July 12, as scheduled, both Ms. Zhong and Mr. Brusnighan
13  will be forced to miss the tradeshow in Georgia. This will impose a severe financial hardship on
14  United Treasures and the witnesses. United Treasures has already paid $23,700 to attend the
15  tradeshow. Moreover, the revenue generated at the trade show makes up a substantial percentage
16  of United Treasures' annual sales as it is one of only two shows United Treasures attends on an
17  annual basis. In addition, because United Treasures has only five employees, and because it is
18  necessary for there to be two employees at the office to run the business and three employees at
19  the show to run the booth, the presence of Ms. Zhong and Mr. Brusnighan at trial on July 12 will
20  require United Treasures to miss the show entirely.
21          After learning of these hardships, counsel for defendant contacted plaintiff's counsel. On
22  July 23, 2005, plaintiff's counsel agreed that he and his client are available on August 23 or
23  August 30 to try the case and that they would not be prejudiced if the trial was moved. Defense
24  counsel has confirmed that defendant's other witnesses are available on those dates.
25          On July 23, defense counsel contacted the court's clerk to alert the court that this
26  stipulation would be forthcoming from the parties. The clerk stated that the court may be
27  available to try this case on August 30.
28          As such, in light of the foregoing, it is stipulated by and between the parties, and

1 | respectfully requested by defendant, that the court move the trial date of this matter from July 12
2 | to August 30, 2005. No further continuances will be sought.

3 | Dated: June 24, 2005                              ROPERS, MAJESKI, KOHN & BENTLEY

5 |                                                   By: /s/ Elise R. Vasquez
6 |                                                      ROBERT P. ANDRIS
                                                         ELISE R. VASQUEZ
7 |                                                      Attorneys for Defendant
                                                         UNITED TREASURES, INC.

8 | Dated: June 24, 2005                              DAVIS & LEONARD LLP

10 |                                                  By: /s/ Stephen L. Davis
11 |                                                     STEPHEN L. DAVIS
                                                         Attorneys for Plaintiff/Counter-Defendant
12 |                                                     KEITH STAFFORD

### ORDER

Based on the foregoing stipulation of counsel, ~~and good cause appearing~~ therefore,

~~IT IS HEREBY ORDERED that~~ the trial date is continued from July 12, 2005 to August 30, 2005.

Dated: 6-28-05

HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT JUDGE