IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KEITH STAFFORD, an individual,     )
                                   )    2:04-cv-0047-GEB-EFB
                   Plaintiff,      )
                                   )    ORDER
     v.                            )
                                   )
UNITED TREASURES, INC., a          )
Washington corporation,            )
                                   )
                   Defendant.      )
_____)
```

       To expedite selection of a jury, the jury selection procedure on page 19 of the Final Pretrial Order ("FPO") is modified as follows.

       The silent approach and recess will not be part of the procedures.  When the questioning of jurors is finished, the parties will exercise their peremptory challenges in front of the prospective jurors beginning with Plaintiff.  If Plaintiff then exercises a peremptory challenge, that juror will be excused.  If Plaintiff passes

/////
/////
/////
/////

1

1  or waives his first peremptory challenge, then it will be Defendant's
2  turn.
3       IT IS SO ORDERED.
4  Dated:  September 27, 2006
5
6                          /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge