IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STAFFORD, an individual,  )<br>                                 )<br>               Plaintiff,         )<br>                                 )<br>     v.                          )<br>                                 )<br>UNITED TREASURES, INC., a        )<br>Washington corporation,          )<br>                                 )<br>               Defendant.        )<br>_____  ) | 2:04-cv-0047-GEB-EFB<br><br>ORDER |

On June 28, 2005, the parties filed a "Stipulation re: Evidentiary Disagreements" ("Stipulation").[1]  Since the parties reached agreements in the Stipulation concerning Defendant's Motions No. 1, No. 3 and No. 4, no decision is required on these motions.  The parties' assistance is required to ensure that witnesses are excluded as they have stipulated.

The remaining motions in limine will not be decided.  When the Court is uncertain about issuance of a definitive ruling on

/////

/////

---

[1] The parties also made other motion in limine filings outside the format prescribed in the Final Pretrial Order.

1

1  admission or exclusion of particular evidence, a decision should not
2  issue.
3         IT IS SO ORDERED.
4  Dated:  September 28, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge