IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KEITH STAFFORD, an individual,     )
                                   )   2:04-cv-0047-GEB-EFB
                   Plaintiff,      )
                                   )   ORDER
     v.                            )
                                   )
UNITED TREASURES, INC., a          )
Washington corporation,            )
                                   )
                   Defendant.      )
                                   )
```

The "Notice of Settlement" filed September 29, 2006, states "the parties have agreed in writing to a complete and full settlement of this case" and "will file a dismissal of all claims against one another." (Notice of Settlement at 1.)  Therefore, trial scheduled to commence October 3, 2006, is vacated and a dismissal document shall be filed no later than October 19, 2006.  See L.R. 16-160(b) (indicating dismissal documents should be filed within twenty days from the date on which a notice of settlement is filed).  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See id. ("A

/////

/////

1

failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  September 29, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge