ROBERT P. ANDRIS (SBN 130290)
ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
Email:         randris@ropers.com
                   evasquez@ropers.com

Attorneys for Defendant
UNITED TREASURES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STAFFORD, an individual, | CASE NO. CIV. S-04-0047 GEB PAN |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| UNITED TREASURES, INC., a Washington corporation, | |
| Defendant. | |
| AND RELATED ACTION. | |

**I.**

**STIPULATION**

Plaintiff Keith Stafford ("Stafford"), by and through his attorney of record, Stephen L. Davis of Davis & Leonard LLP, and defendant United Treasures, Inc. ("United Treasures"), by and through its attorney of record, Robert P. Andris of Ropers, Majeski, Kohn & Bentley, have entered into a complete and final settlement resolving all claims, counterclaims, causes of action, and other demands asserted in the above-captioned proceeding.  In accordance with and pursuant to such settlement, Stafford and United Treasures (collectively, the "Parties") hereby stipulate and agree as follows:

///

1.  All claims, counterclaims, causes of action, and other demands asserted by the Parties in this proceeding have been fully and finally settled and released.

2.  The Parties have agreed that the above-captioned proceeding should be dismissed in its entirety, with prejudice and without an award of costs or attorney fees to either of the Parties.

3.  The Parties have agreed that the Court's May 17, 2005 Order entered on the Parties' summary-judgment motions in this proceeding should be vacated and superseded by this Stipulation and Order of Dismissal.

DATED this 20th day of November 2006.

DAVIS & LEONARD LLP

By: /s/ Stephen L. Davis
Stephen L. Davis
Attorneys for Plaintiff Keith Stafford

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Robert P. Andris
Robert P. Andris
Attorneys for Defendant United Treasures, Inc.

**II.**

**ORDER**

This matter came before the Court on the date set forth below upon the stipulation set forth above.  Having considered the premises,

THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES as follows:

A.  The stipulation set forth above is approved and incorporated herein by this reference.

B.  The May 17, 2005, Order entered on the Parties' summary-judgment motions in this proceeding (the "Order on SJ Motions") is vacated and superseded by this Stipulation and Order of Dismissal.  The Order on SJ Motions is null and void in its entirety, and it shall have no force or effect whatsoever.

1  C. The above-captioned proceeding is dismissed in its entirety, with prejudice and
2  without an award of costs or attorney fees to either of the Parties. The dismissal includes all
3  claims, counterclaims causes of action, and other demands asserted by the Parties in this
4  proceeding.

5  DATED: December 8, 2006

 _____
6  GARLAND E. BURRELL, JR.
7  United States District Judge